IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALJALON HAYES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-6558 |
| CENTRAL TRANSPORT INTERNATIONAL, INC., dba CENTRAL TRANSPORT; CENTRAL TRANSPORT, LLC; and SPENCER LITTEN, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, SPENCER LITTEN and CENTRAL TRANSPORT, LLC (improperly named as CENTRAL TRANSPORT INTERNATIONAL, dba, CENTRAL TRANSPORT) ("Defendants"), through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP, remove this action from the Circuit Court of Cook County, Illinois, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. As grounds, Defendants state:

## PROCEDURAL HISTORY

1. This is a personal injury action involving a September 19, 2017 collision between vehicles operated by Plaintiff, Aljalon Hayes and Defendant Spencer Litten.

2. On April 29, 2019, Plaintiff filed a three-count complaint in the Circuit Court of Cook County, Illinois, Law Division, Case No. 2019 L 004591. (**Exhibit A**, Complaint).

3. On May 2, 2019, summons were issued for Defendant Spencer Litten (**Exhibit B**, Spencer Litten service).

4. On May 25, 2019 Defense Counsel filed their appearance on behalf of Spencer Litten. (**Exhibit C**, Appearance by Counsel on behalf of Spencer Litten).

2771584v.1

5. On August 8, 2019 Defense Counsel filed Spencer Litten's answer to Plaintiff's Complaint at Law. (**Exhibit D**, Spencer Litten's Answer to Plaintiff's Complaint at Law.)

6. On August 1, 2019 Central Transport LLC was served via special process server. (**Exhibit E**, Proof of Service on Central Transport LLC)

7. On August 13, 2019 Defense Counsel filed their appearance and answer on behalf of Central Transport, LLC (**Exhibit F**, Appearance by Counsel on behalf of Central Transport, LLC).

8. On September 5, 2019 Defense Counsel filed Central Transport, LLC's answer to Plaintiff's Complaint at Law. (**Exhibit G**, Central Transport, LLC's Answer to Plaintiff's Complaint at Law).

9. On September 6, 2019 Plaintiff filed his responses to Defendants' Request for Admission. (**Exhibit H**, Plaintiff's Response to Defendants First Request for Admission).

## GROUNDS FOR REMOVAL

10. A defendant may remove any civil action brought in a state court for which the district courts of the United States have original jurisdiction to the federal district court encompassing the place in which the action is pending. 28 U.S.C. § 1441(a).

11. This Court has original jurisdiction over this action by reason of complete diversity of citizenship and an amount in controversy which exceeds the sum or value of $75,000, exclusive of interests and costs. 28 U.S.C. § 1332(a).

## THE PARTIES ARE OF DIVERSE CITIZENSHIP

12. On April 29, 2019 Plaintiff Aljalon Hayes was a citizen of the State of Illinois. (**Exhibit H**, Plaintiff's Response to Defendants First Request for Admission to Plaintiff; RTA #2).

13. On April 29, 2019 Defendant Spencer Litten was a citizen of the State of Michigan. (**Exhibit I**, Spencer Litten Affidavit of Citizenship).

14. At the time this action was commenced on April 29, 2019 and since that time, Defendant Central Transport, LLC has been an Indiana Corporation with its principal place of business in Warren Michigan. None of its members are citizens of Illinois. (**Exhibit J**, Central Transport, LLC Affidavit of Citizenship.)

15. As such, complete diversity of citizenship exists pursuant to 28 U.S.C. § 1332. *See Wis. Dept or Correction v. Schacht*, 524 U.S. 381, 388, 118 S. Ct. 2047, 2052 (1998); *Caterpillar Inc. v. Lewis*, 519 U.S. 61, 65, 117 S. Ct. 467, 471 (1996).

## AMOUNT IN CONTROVERSY IS SATISFIED

16. Plaintiff has admitted that the amount in controversy in this matter exceeds $75,000. (**Exhibit H**, Plaintiff's Response to Defendants First Request for Admission to Plaintiff; RTA #1).

## THE STATUTORY REQUIREMENTS OF 28 U.S.C. § 1446 ARE SATISFIED

17. Defendants filed this Notice of Removal within thirty (30) days of receipt of Plaintiff's admitting that the amount in controversy in this matter exceeds $75,000, and therefore, this Notice of Removal is timely. 28 U.S.C. § 1446(b)(3).

18. This Court has diversity jurisdiction over this mater pursuant to 28 U.S.C. § 1332 (a)(1).

19. The State Court Action is properly subject to removal pursuant to 28 U.S.C. § 1332 (a)(1).

20. Defendants are filing, within this pleading, a copy of the Complaint and Summons served upon them in the state court action. 28 U.S.C. § 1446(a).

21. Promptly after filing this Notice of Removal, Defendants will provide written notice to all adverse parties of the filing, and a true and correct copy of this Notice of Removal

2771584v.1

will be filed with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

22. Defendants all consent to removal.

23. By filing this Notice of Removal, Defendants do not waive any available defenses, including all jurisdictional and affirmative defenses.

24. The undersigned counsel for the Defendants has read the foregoing and signed this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendants SPENCER LITTEN and CENTRAL TRANSPORT, LLC (improperly named as CENTRAL TRANSPORT INTERNATIONAL, dba, CENTRAL TRANSPORT) hereby remove the instant action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division, and respectfully request that this Court exercise jurisdiction over this action.

Respectfully Submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Justin Dobek*
One of the attorneys for Defendants
CENTRAL TRANSPORT, LLC and
SPENCER LITTEN

Kathleen McDonough (ARDC # 6229813)
Justin Dobek (ARDC # 6320543)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: 312.704.0550
Fax: 312.704.1522
kathleen.mcdonough@wilsonelser.com
justin.dobek@wilsonelser.com

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Plaintiff's counsel via e-mail and Certified mail on this 2nd day of October, 2019.

Andrew S. Kryder
The Kryder Law Group, LLC
134 N. LaSalle Street, Suite 1515
Chicago, IL  60602
info@kryderlaw.com

                                          */s/ Justin Dobek*